STANLEY V. TUCKER *v.* NEIGHBORHOOD LEGAL
SERVICES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 209, is dismissed.

*Stanley V. Tucker,* pro se, in support of the petition.

*Michael G. Durham,* in opposition.

Decided July 10, 1985

JULIA S. MACRI ET AL. *v.* SUSAN INGRAHAM ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 17, is denied.

*Julia S. Macri* and *George R. Macri,* pro se, in support of the petition.

Decided July 10, 1985

STAN KAPLAN *v.* ADMINISTRATOR, UNEMPLOYMENT
COMPENSATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 152, is denied.

*James L. Kestell* and *Donald E. Wasik,* assistant attorneys general, in support of the petition.

*James F. Meehan,* in opposition.

Decided July 17, 1985